# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CODY CHARLES KROPP,<br>　　　　　　　　Debtor(s) | CASE NO. 17-41017-JMM |

## ORDER OF DISMISSAL

Kathleen A. McCallister, the standing Chapter 13 Trustee for the District of Idaho, having filed her Motion to Dismiss, and the Debtor having withdrawn his objection of April 18, 2018 and advising the Court that he has no objection to dismissal of his case (docket no. 60), and the court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed.

DATED:  July 16, 2018

_____
JOSEPH M. MEIER
U. S. BANKRUPTCY JUDGE

Submitted by:

　/s/  Kathleen McCallister
Kathleen McCallister, Trustee

**ORDER OF DISMISSAL - 1**