**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Cody Charles Kropp ) | Case Number: 17–41017–JMM |
| 1110 Kelly Ave. ) | |
| Kimberly, ID 83341 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx–xx–0260 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**ORDER DISCHARGING TRUSTEE AND CLOSING DISMISSED CASE**

IT APPEARING to the Court that the Trustee has performed all duties required in the administration of the estate;

IT IS ORDERED that the Trustee is DISCHARGED from and relieved of the trust; and that the bond of said trustee is released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the case is CLOSED.

AUDIT NOTICE

If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334–1300.

Dated: 8/15/18

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court